# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEN KOERSCHNER,
                          Appellant,
vs.
THE STATE OF NEVADA,
                          Respondent.

No. 70165

**FILED**

MAY 2 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to consider/reconsider a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.            _____, J.
Saitta                                 Pickering

---

[1]In light of this order, we deny as moot the pro se notice filed on April 26, 2016.

SUPREME COURT
OF
NEVADA

(O) 1947A

16-16087

cc: Hon. Elissa F. Cadish, District Judge
Allen Koerschner
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk